# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 12, 2024

### NO. 03-23-00775-CV

**Jason Hodge, Appellant**

**v.**

**Amanda Carter, Independent Administrator of the Estate of Quinton Hodge, Jr., a/k/a
J. Q. Hodge, Jr., Deceased; and Charlotte Hodge, Appellees**

**APPEAL FROM THE 21ST DISTRICT COURT OF LEE COUNTY
BEFORE JUSTICES BAKER, TRIANA AND KELLY
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on October 3, 2023. Having reviewed the record, the Court holds that Jason Hodge has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.